**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:16-cv-2252 |
|---|---|
| Crane USA, Inc. v. Remedies Surgical Supplies Corp. d/b/a Remedies Corp. and Remedies Surgical Corp. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Crane USA, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| John S. Mortimer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John S. Mortimer | |
| FIRM | |
| Wood Phillips Katz Clark & Mortimer | |
| STREET ADDRESS | |
| 500 West Madison Street, Suite 1130 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 03126597 | (312) 876-1800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |