IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| CRANE USA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REMEDIES SURGICAL SUPPLIES CORP. d/b/a REMEDIES CORP. and REMEDIES SURGICAL CORP. <br><br> Defendant. | **Civil Action No.:** 1:16-cv-2252 <br><br> **Demand For Jury Trial** |

**STATEMENT REGARDING OWNERSHIP**
**PURSUANT TO LOCAL RULE 3.2**

Crane USA, Inc., a corporate party, is a wholly-owned subsidiary of Wachsmuth & Krogmann, Inc., a privately held corporation, and no publicly held company holds 5% or more of the party's stock

DATED: February 16, 2016              Respectfully submitted,
                                      CRANE USA, INC.


                                      By its Attorneys,


                                      /s/*John S. Mortimer*
                                      John S. Mortimer
                                      Dean A. Monco
                                      WOOD PHILLIPS
                                      500 West Madison Street, Suite 1130
                                      Chicago, Illinois 60661
                                      Telephone: 312-876-1800
                                      Facsimile:  312-876-2020

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 16, 2016, I caused a copy of Crane USA, Inc.'s **COMPLAINT FOR UNFAIR COMPETITION** to be filed by electronic filing. Notice of filing will be sent to all counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/*John S. Mortimer*
John S. Mortimer

Dean A. Monco
WOOD PHILLIPS
500 West Madison Street, Suite 1130
Chicago, Illinois 60661
Telephone: 312-876-1800
Facsimile: 312-876-2020